IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAYTON MIBRODA, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 22-867 |
| | ) | |
| v. | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| SUPERINTENDENT, SCI GREENE; | ) | Re: ECF No. 1 |
| THE ATTORNEY GENERAL OF | ) | |
| PENNSYLVANIA; *and* | ) | |
| DISTRICT ATTORNEY OF | ) | |
| WESTMORELAND COUNTY, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

AND NOW, this *10th* day of June, 2025, for the reasons stated in the Opinion contemporaneously filed herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Petitioner's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (the "Petition"), ECF No. 1 is DENIED.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if Petitioner wishes to appeal from this Order he must file a notice of appeal within 30 days, as provided in Rule 3 of the Federal Rules of Appellate Procedure, with the Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219. Petitioner is referred to Rule 22 of the Federal Rules of Appellate Procedure and to 3d Cir.

L.A.R. 22.1 for the timing requirements for applying for a certificate of appealability from the Court of Appeals (available at https://www2.ca3.uscourts.gov/legacyfiles/2011_LAR_Final.pdf).

BY THE COURT,

*Maureen P. Kelly*
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc: Clayton Mibroda
LA1879
SCI Fayette
50 Overlook Drive
LaBelle, PA 15450

All counsel of record (*via* CM/ECF)